UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| KEVIN STERLING | CIVIL ACTION |
| VERSUS | |
| CITY OF NEW ROADS, ET AL. | NO. 08-424-JJB |

## RULING AND ORDER

Defendant Clarendon America Insurance Company has filed a motion for summary judgment (doc. 23). The motion is unopposed. Doc. 28.

The court finds that defendant's motion is well founded in fact and law and hereby adopts the reasons advanced by defendant in support of its motion.

Accordingly, defendant's motion for summary judgment (doc. 23) is hereby GRANTED and the claims against Clarendon America Insurance Company are dismissed. Baton Rouge, Louisiana, February 23, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA