UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KEVIN STERLING

VERSUS

CITY OF NEW ROADS ET AL.

CIVIL ACTION

NO. 08-424-JJB

## JUDGMENT

For written reasons assigned;

IT IS ORDERED, ADJUDGED AND DECREED that final judgment be entered in favor of Defendants, CITY OF NEW ROADS, COLUMBIA CASUALTY COMPANY, and CLARENDON AMERICA INSURANCE COMPANY, and against Plaintiff, KEVIN STERLING. Accordingly, Plaintiff's claims are DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, this 15th day of March 2010.

---

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1